WEBSTER WHITAKER, Appellant, *v.* BENJAMIN WHITAKER,
Executor, etc., et al., Respondents.

(Submitted March 6, 1873; decided June term, 1873.)

THIS was an action brought to reform a deed executed by
Benjamin Whitaker, deceased, to plaintiff, by including
therein a piece of land alleged to have been omitted by
mistake.

Benjamin Whitaker, defendant's testator, owned a large
tract of land in Delaware county, bounded southerly by what
was called the " Garlow line." With a view of dividing the
same between his three sons, Benjamin, Joseph and Daniel,
he employed a Mr. McClure, a surveyor, to divide the same,
instructing him to include all the land to the " Garlow line."
McClure made the survey and division, and each son took
possession of his portion so allotted. The part assigned to
Joseph was supposed to adjoin the " Garlow line," and con-
tained 202 acres. It was conveyed to Joseph's wife by
metes and bounds, without referring to the " Garlow line,"
and as containing 202 acres, more or less. It was subse-
quently reconveyed to Benjamin, who conveyed it to plaintiff
by the same description. About a year after this, upon a
new survey, it was discovered that McClure had made a mis-
take as to the southerly line; that instead of following the
" Garlow line " he had run upon another line nearly parallel,
leaving fifty-two acres of land between that and the " Garlow
line." The plaintiff claimed this fifty-two acres, and asked
to have his deed reformed so as to cover it. The referee decided
in favor of defendants. *Held* (LOTT, Ch. C., and GRAY, C.,

dissenting), no error; that the fifty-two acres were not divided; and, the title remaining in defendant's testator, that all the land plaintiff contracted for and intended to purchase was the portion allotted to Joseph; that although both the parties supposed that the line ran to the "Garlow line," they, or at least the deceased, supposed that line and McClure's to be identical, and did not know that he owned the extra fifty-two acres, and that plaintiff had no equitable right to this surplus.

*S. W. Fullerton* for the appellant.

*Alex. Cumming* for the respondents.

LOTT, Ch. C., reads for reversal.
EARL, C., reads for affirmance.
For affirmance, EARL, JOHNSON and REYNOLDS, CC.
For reversal, LOTT, Ch. C., and GRAY, C.
Judgment affirmed.